IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

RAVEN L. MOONEY as father and )
next friend of ~~[redacted]~~ )
a minor, C.M. )
)
           Plaintiff, )
)
vs. )
)
RODNEY P KINNEY ASSOCIATES, )
INC., HYDABURG COOPERATIVE )
ASSOCIATION, )
)
          Defendants. )
_____) 1KE-15-000187 CI

## FIRST AMENDED COMPLAINT

COME NOW the Plaintiff by and through her attorney, SCHLEHOFER LAW OFFICES, P.C., and states as follows:

### I. JURISDICTION

1. Raven L. Mooney and his minor daughter C.M. ~~[redacted]~~ are and were at all relevant times herein, residents and citizens of the State of Alaska residing in the First Judicial District in Hydaburg, Alaska.

2. All of the events set forth in this Complaint took place within the First Judicial District in Hydaburg, Alaska.

3. On information and belief, Defendant Rodney P Kinney Associates, Inc. (hereinafter "Defendant RPK") is an Alaska Corporation, which performs construction activities within the State of Alaska.

4. On information and belief, Defendant Hydaburg Cooperative Association (hereinafter "Defendant HCA") is a

business licensed by the State of Alaska, and chartered as a corporation by the Federal Government, and acts as the "business arm" of the tribal entity.

5. Defendant RPK is not covered by the Federal Tort Claims Act for its actions and inactions alleged herein below.

6. Defendant HCA does not have tribal sovereign immunity; or in the alternative, Defendant HCA had previously waived tribal sovereign immunity for the subject construction project that is the subject of this lawsuit.

7. Raven Mooney is the natural father of the minor child C.M. He is bringing a claim on behalf of his daughter for her injuries.

8. At the time C.M. was injured on April 23, 2014, she was 7-years-old.

9. Venue is proper in the First Judicial District pursuant to Alaska Civil Rule 3(c) because Plaintiff's injuries resulting from Defendants' action and inactions occurred in the First Judicial District in Hydaburg, Alaska. See Ebell v. SEAPAC Fisheries, Inc., 692 P.2d 956 (Alaska 1984).

10. On April 23, 2014, C.M. along with her brother and several other neighborhood children were riding around their neighborhood when they came upon the concrete forms that were "curing" outside and stacked crosswise approximately 8-10 feet high like "lincoln logs". See Exhibit

A, photos of stack concrete forms showing the area where Plaintiff fell.

11. These concrete forms were to be used at a new boat ramp on the other side of town as part of a floating dock replacement project ("Hydaburg Harbor Trestle, Tidal Grid, and Boat Launch Project").

12. Upon information and belief, Defendants RPK and/or HCA were responsible for on-site construction management, which included the manufacture, storage, and transportation of these concrete forms from where they were manufactured and eventually transported several miles away to the Hydaburg Boat Launch construction site.

13. These construction materials were not properly fenced in and thus, children (including Plaintiff) had unrestricted access to this area which posed an unreasonable risk of injury to them. These concrete forms were fabricated at the City of Hydaburg/HCA Shop, and could have been stored outside, directly across the street from the shop in a fenced storage area or other suitable location where access was restricted to the public and more particularly children. Instead, the concrete forms were transported several blocks farther away in an open un-fenced neighborhood area. See Exhibit B, community Map of Hydaburg identifying the location of the shop where the concrete forms were fabricated, the fenced storage area directly across from the shop, the accident scene several

blocks away, Plaintiff's residence across the street from where the concrete forms were stored, and the new boat launch project site several miles away.

14. While climbing on these curing concrete forms, Plaintiff fell breaking her left knee and leg. She was medevac'd to Ketchikan due to her injuries, where she underwent surgery to her left leg.

## II. CLAIMS UNDER ALASKA LAW

15. Plaintiff incorporates by reference the statements above.

16. Defendants knew, or should have known, that children would be attracted to and otherwise play in and around the area of stored and stacked concrete forms.

17. Defendants knew, or should have known, that by creating the stack of concrete forms and not storing them inside an existing fenced storage yard and/or erecting temporary fencing around them, that children would naturally be attracted to these areas and play on them, creating an unreasonable risk of injury to the children, including Plaintiff.

18. Defendants were negligent and breached their common law duty of care, their duty as a landowner and/or project manager, and their duty to children, as the entity(ies) in control or possession of land with an attractive climbable stack of concrete forms on it. Defendants were negligent by

FIRST AMENDED COMPLAINT
Mooney v. Rodney P Kinney Associates, Inc. et al, 1KE-15-000187 CI
Page 4 of 7

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434  Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

its actions and inactions (including vicarious liability for the actions and inactions of its employees and agents) which includes but is not limited to: a. failing to have a safety plan in place and follow it regarding to proper and safe storage of construction materials stored in a non-commercial residential neighborhood, b. failing to erect barriers or fences to separate children from any construction material storage activities and hazards, along with warning signs; c. creating or allowing artificial concrete form stacks in a residential neighborhood; and d. failing to inspect the concrete form storage area for hazards and eliminate such hazards.

19. Defendants RPK's and/or HCA's actions and inactions was a proximate cause of the injuries and damages to minor Plaintiff.

### III. DAMAGES

20. Plaintiff incorporates by reference the statements above.

21. As a proximate result of the conduct of Defendant mentioned above, and other conduct to be discovered, Plaintiff has suffered injuries and damages which have resulted in or may result in:

    (a) Past and future pain and suffering;

    (b) Past and future mental anguish;

    (c) Past and future medical expenses;

FIRST AMENDED COMPLAINT
Mooney v. Rodney P Kinney Associates, Inc. et al, 1KE-15-000187 CI
Page 5 of 7

Case 5:16-cv-00001-HRH   Document 1-1   Filed 03/31/16   Page 5 of 10, p. 5

(d) Past and future disfigurement and physical impairment;

(e) Past and future inconvenience;

(f) Impairment of earning capacity;

(g) Loss of enjoyment of life and diminished ability to enjoy other physical pursuits;

(h) Past and future non-economic losses;

WHEREFORE, Plaintiff prays for judgment as follows:

1. Compensatory damages, the exact amount to be more specifically determined at trial;

2. Medical and incidental expenses;

3. Damages for pain and suffering and other damage items mentioned above;

4. Costs of suit;

5. Attorney's fees;

6. Pre-judgment interest;

7. Such other and further relief as the court deems just and proper.

DATED at Anchorage, Alaska this 3rd day of February, 2016.

SCHLEHOFER LAW OFFICES, P.C.
Attorneys for Plaintiff

By: _____
David W. Murrills
ABA Bar No. 9306034

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434  Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 3rd day of February, 2016, a copy of
the foregoing was sent to the following via:

[X] U.S. Mail, First Class, Postage Prepaid
[ ] Hand-Delivery
[X] ~~Fax/E-mail~~
[ ] Federal Express

Laura J. Eakes
Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, AK 99501
  Attorney for Defendant PRK

cc: Sheldon E. Winters
    Lessmeier & Winters, LLC
    8390 Airport Blvd, Suite 104
    Juneau, AK 99801
    Attorney for HCA

_____
Natalie Stevens, Paralegal

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349.1687
frankj@schlawoffice.com
davidm@schlawoffice.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT KETCHIKAN

RAVEN L. MOONEY as father and )
next friend of ███████████ )
a minor,        C.M.          )
                              )
                  Plaintiff,  )
    vs.                       )
                              )
RODNEY P KINNEY ASSOCIATES,   )
INC.,                         )
                              )
                  Defendant.  )
_____) 1KE-15-000187 CI

### AFFIDAVIT OF SERVICE

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Karen Lynne Pine, being first duly sworn upon oath, deposes and states:

(1) I am a Paralegal with Schlehofer Law Offices, P.C., attorneys for Plaintiff herein.

(2) That the Sidney Edenshaw, Tribal Counsel President of Hydaburg Corporative Association, was served with the Motion to Ament Complaint and Order, Summons and Notice to Both Parties of Judicial Assignment, and Complaint by certified, return receipt mail. See Exhibit 1, certified mail return card.

(3) There are no other parties left to be served.

DATED March 11, 2016

By: _____
    Karen Lynne Pine,
    Paralegal

Affidavit of Service
Mooney v. Rodney P Kinney Associates, Inc., 1KE-15-000187 CI
Page 1 of 3

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 700
Anchorage, Alaska 99504
Tel (907) 344-3434  Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

SUBSCRIBED AND SWORN to before me on March 11th, 2016, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 4/18/17

[Notary Seal: NATALIE I. STEVENS, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: April 18, 2017]

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

Affidavit of Service
Mooney v. Rodney P Kinney Associates, Inc., 1KE-15-000187 CI
Page 2 of 3

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SIDNEY EDENSHAW
Tribal Council President
Hydaburg Cooperative Association
P.O. Box 349
Hydaburg, Alaska
99922

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Frances C Natkong_ ☐ Agent ☒ Addressee

B. Received by (Printed Name): Frances C Natkong
C. Date of Delivery: 3/1/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0000 1644 3283

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Affidavit of Service
Mooney v. Rodney P Kinney Associates, Inc., 1KE-15-000187 CI
Page 3 of 3

Exhibit A, p. 10