David W. Murrills
Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, AK 99504
Telephone: (907) 344-3434
Facsimile: (907) 349-1687
E-mail: davidm@schlawoffice.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Raven L. Mooney as father and next friend of C.M., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY P. KINNEY ASSOCIATES, INC., and HYDABURG COOPERATIVE ASSOCIATION,<br><br>Defendants. | Case No. 5:16-cv-00001-HRH<br><br>**NOTICE TO COURT OF PENDING SETTLEMENT AND NON-OPPOSED REQUEST TO STAY DEADLINES** |

The parties have reached a tentative settlement. As the Plaintiff is a minor, the settlement has to be approved via an Alaska Rule of Civil Procedure 90.2 Petition for Approval of Minor Settlement, which has been filed (today) in Alaska state probate court. This process typically takes 30-90 days (depending upon whether or not the probate court wants to hold a hearing or not). Therefore Plaintiff request that the Court continue any deadlines in this case (answer from Defendant HCA, Scheduling & Planning Conference Report, etc.) for 60 days. At such time Plaintiff expects to have either filed a stipulation

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

for dismissal or a status notice to the Court regarding the status of the approval of the minor petition in state probate court.

DATED this 1st day of August, 2016, at Anchorage, Alaska

SCHLEHOFER LAW OFFICES, P.C.

By: /s David W. Murrills
David W. Murrills
ABA #9306034
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 1st day of August, 2016, a copy of
the foregoing pleading was
sent to the following via:

[ ] U.S. Mail, First Class, Postage Prepaid
[ ] Hand-Delivery
[ ] Facsimile
[X] Electronically
[ ] Federal Express

Laura J. Eakes
Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, AK 99501
 Attorney for Defendant PRK

Sheldon E. Winters
Lessmeier & Winters, LLC
8390 Airport Blvd, Suite 104
Juneau, AK 99801
 Attorney for HCA

 /s David Murrills

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

Notice of Settlement Discussion Status & Request to Stay
Mooney v. Rodney P Kinney et al., Case No. 5:16-cv-0001 RBB                                     Page 2

Case 5:16-cv-00001-HRH   Document 17   Filed 08/01/16   Page 2 of 2